

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00180-CV

**IN THE INTEREST OF M.P.M**., a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA00196
Honorable Marisa Flores, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we AFFIRM the trial court's order terminating H.A.'s parental rights to M.P.M. Because H.A. is indigent, no costs of this appeal are assessed against her.

SIGNED September 6, 2024.

Luz Elena D. Chapa, Justice